**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF THE STATE OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-52039 |
| | ) | |
| David Allyn Ford & Jayne Christina Ford, | ) | (Chapter 13) |
| | ) | |
| DEBTOR | ) | |

EASTERN DISTRICT OF KENTUCKY
FILED
AUG 12 2014
[signature]
AT LEXINGTON
JERRY D. TRUITT, CLERK
U.S. BANKRUPTCY COURT

**APPLICATION FOR ORDER DIRECTING PAYMENT**
**OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO**
**11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.**

TOWN & COUNTRY BANK & TRUST CO (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $5,357.83. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

TOWN & COUNTRY BANK & TRUST CO

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

## CERTIFICATE OF MAILING

I hereby certify that on August 8, 2014, I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
110 W. Vine Street, Suite 400
Lexington, KY  40507-1694

Greg Griffith

# LIMITED POWER OF ATTORNEY

TOWN & COUNTRY BANK & TRUST CO, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

## ONLY to recover cash or cash equivalents specifically arising from the bankruptcy of David Allyn Ford & Jayne Christina Ford, that belong to the Principal,

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 5th day of August, 2014.

**PRINCIPAL:**
TOWN & COUNTRY BANK & TRUST CO
Tax ID or last 4 digits of SSN 61-0188980

By: _[signature]_
Title: Spec Assets/Collections Officer

**PRINCIPAL'S ADDRESS:**
Box 305
Bardstown, KY 40004
502-348-3911

## ACKNOWLEDGMENT

STATE OF Kentucky )
COUNTY OF Nelson )

Before me a Notary Public, in and for said County and State on this 5th day of August, 2014 personally appeared Connie G Hardy to me known to be the identical person who subscribed his/her name to the foregoing instrument as its _[title]_, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
8-9-2014

_[signature]_
Notary Public



**Town & Country**
Bank and Trust Co.

**Connie G. Hardy**
Special Assets / Collections Officer
NMLS # 613232
Main Office Banking Center
201 North Third Street
Bardstown, KY 40004
(502) 348-3911
Direct Line: (502) 337-6265
Toll Free: (877) 813-3282
Fax: (502) 348-6861
connie.hardy@mytcbt.com

www.mytcbt.com