**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF THE STATE OF KENTUCKY
LEXINGTON DIVISION**

| | |
|---|---|
| IN RE: | ) Case No. 09-52039 |
| David Allyn Ford & Jayne Christina Ford, | )   (Chapter 13) |
| DEBTOR | ) |

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of TOWN & COUNTRY BANK & TRUST CO, (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $5,357.83) be paid to it in care of American Property Locators, Inc., Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

###

---

The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Thursday, August 14, 2014
(grs)